| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>POUGHKEEPSIE DIVISION | HEARING DATE: August 13, 2024<br>HEARING TIME: 9:00 a.m.<br>OBJECTION DEADLINE: August 6, 2024 |

---------------------------------------------------------- x
In re:                                                                                  :
                                                                                               :  Case No. 24-35026 (KYP)
LUKASZ A. BLACHOWICZ,                                    :
                                                                                               :  (Chapter 7)
                                              Debtor.                    :
---------------------------------------------------------- x

**ORDER GRANTING THE UNITED STATES TRUSTEE'S MOTION
FOR AN ORDER REOPENING CASE UNDER 11 U.S.C. § 350(b)
AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 5010**

Upon the United States Trustee's Motion for an Order Reopening Case under 11 U.S.C. § 350(b) and Federal Rule of Bankruptcy Procedure 5010, filed on July 22, 2024 (the "Motion"); and the hearing on the Motion held on August 13, 2024; and the Debtor having filed a Statement of No Opposition to the Motion on August 8, 2024; and it appearing that notice was proper and that there is cause to grant the relief sought, it is hereby

ORDERED, that the Motion is granted; it is further

ORDERED, that the Debtor's case is reopened under 11 U.S.C. § 350(b); and it is further

ORDERED, that a trustee shall not be appointed under Federal Rule of Bankruptcy Procedure 5010.



**Dated: August 14, 2024**
**Poughkeepsie, New York**

/s/ Kyu Y. Paek
_____
**Hon. Kyu Y. Paek**
**U.S. Bankruptcy Judge**